NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0003877
28-APR-2014
08:54 AM**

NO. CAAP-13-0003877

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RICHARD MICHAEL RUH, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P.P. NO. 13-1-0003(2); CR. NO. 94-0092(1))

ORDER GRANTING THE APRIL 10, 2014 MOTION TO WITHDRAW APPEAL
(By: Nakamura, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the motion to withdraw appeal (Motion) filed on April 10, 2014 by Petitioner-Appellant Richard Ruh (Appellant), the records and files herein, and noting no timely filed opposition, it appears that:

(1) Rule 42 of the Hawai'i Rules of Appellate Procedure (HRAP) applies to dismissals of appeals and states:

(a) Dismissal before the appeal is docketed. If an appeal has not been docketed, the appeal shall be dismissed upon the filing of a stipulation for dismissal signed by all the parties. Upon motion and notice by the appellant, the appellate court may dismiss the appeal upon terms fixed by the court.

(b) Dismissal in the appellate courts. If the parties to a docketed appeal or other proceeding sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval by the appellate court, but no mandate or other process shall issue without an order of the court. Upon motion and notice, the appellate court may dismiss the appeal upon terms fixed by the appellate court.

(c) Special requirements for criminal appeals. In a criminal appeal by a defendant, the stipulation or motion for dismissal of the appeal shall be supported by the defendant's affidavit or declaration that reflects a knowing and intelligent understanding of the consequences of the dismissal of the appeal and that the withdrawal is made voluntarily. In circumstances where the defendant cannot be located after a diligent effort, the circumstances of the effort shall be set forth in an affidavit or declaration of counsel in support of the stipulation or motion.

(2) The appeal has been docketed, and it appears that Appellant seeks to dismiss the appeal consistent with HRAP Rule 42. Therefore,

IT IS HEREBY ORDERED that the Motion is granted, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, April 28, 2014.

Chief Judge

Associate Judge

Associate Judge